STACY TOLCHIN (SBN 217431)
Stacy@tolchinimmigration.com
MEGAN BREWER (SBN 268248)
Megan@tolchinimmigration.com
SASHA NOVIS (SBN 330683)
Sasha@tolchinimmigration.com
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: (213) 622-7450
Fax: (213) 622-7233

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rasidah KUTBIBHAI; Noe DIAZ PEREZ; Wilson BENAVENTE CHAN,<br><br>    Plaintiffs,<br><br>v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, an agency of the Department of Justice.<br><br>    Defendant. | Case No. _____<br><br>**Complaint Under the Freedom of Information Act** |

# INTRODUCTION

1. Plaintiffs are three individuals residing in the Central District of California who require copies of their files from the Executive Office for Immigration Review in order to make decisions about their immigration matters or in order to prepare for upcoming immigration hearings. They have all filed requests for these records under the Freedom of Information Act, and EOIR has not issued its response within 20 business days, in violation of law.

2. Plaintiffs all require access to their immigration records in order to make important, potentially life-altering decisions. There is a public interest in compelling a federal agency to comply with FOIA requirements, particularly in a setting where denial of the information has an adverse impact on the plaintiffs' ability to protect their interests in their immigration cases. See Mayock v. I.N.S., 736 F. Supp. 1561, 1564 (N.D. Cal. 1990). Compelling compliance with FOIA works to preserve the legitimacy and integrity of immigration proceedings. See Gahagan v. United States Customs & Border Prot., No. CV 14-2619, 2016 WL 3090216, at *10 (E.D. La. June 2, 2016).

# JURISDICTION AND VENUE

3. This Court has jurisdiction under the FOIA, 5 U.S.C. § 552(a)(4)(B), and 28 U.S.C. §§ 1331 (federal question).

4. The Freedom of Information Act provides for an original action in district court if an agency fails to issue a determination to a request within 20

business days. "If the agency does not make a 'determination' within the relevant statutory time period, the requester may file suit without exhausting administrative appeal remedies." Brown v. U.S. Customs & Border Prot., 132 F. Supp. 3d 1170, 1172 (N.D. Cal. 2015) citing Citizens for Responsibility and Ethics in Wash. v. Fed. Election Comm'n, 711 F.3d 180, 185 (D.C.Cir.2013).

5. Venue is proper under 28 U.S.C. § 1391(e)(1) because this is a civil action in which Defendant is the Executive Office for Immigration Review, a federal agency; because Plaintiffs reside in this judicial district; and there is no real property involved in this action.

## PARTIES

6. Plaintiff Rasidah Kutbibhai is a citizen of Singapore who resides in Fullerton, California. She filed a request for record of proceeding with EOIR on December 14, 2022. On December 22, 2022, that request was converted by EOIR to a FOIA request. No response has been received since that date.

7. Plaintiff Noe Diaz Perez is a citizen of Mexico who resides in Santa Monica, California. He filed a request for record of proceeding with EOIR on November 2, 2022. On November 10, 2022, that request was converted by EOIR to a FOIA request. No response has been received since that date.

8. Plaintiff Wilson Benavente Chan is a citizen of Guatemala who resides in Santa Ana, California. He filed a request for record of proceeding with EOIR on January 27, 2023. On February 24, 2023, that request was converted by EOIR to a

FOIA request. No response has been received since that date.

9. Defendant Executive Office for Immigration Review ("EOIR") is an agency within the Department of Justice and encompasses the Immigration Courts and Board of Immigration Appeals.

## FACTUAL ALLEGATIONS

10. Plaintiff Rasidah Kutbibhai requires a copy of the record of her removal proceeding in immigration court because she seeks to apply for permanent residency in the United States, based on her United States citizen children over age 21. She filed a request for record of proceeding with EOIR December 14, 2022. On December 22, 2022, that request was converted by EOIR to a FOIA request. EOIR issued a receipt and assigned her request case number # 2023-14104, but has not issued any response to the request. More than 20 business days have elapsed since the submission of Plaintiff Rasidah Kutbibhai's FOIA request to EOIR.

11. Plaintiff Noe Diaz Perez requires a copy of the record of his removal proceeding in immigration court because his attorney needs to evaluate his eligibility for a U Visa. He filed a request for record of proceeding, through counsel, with EOIR on November 2, 2022. On November 10, 2022, that request was converted by EOIR to a FOIA request. EOIR issued a receipt and assigned her request case number 2023-06986, but has not issued any response to the request. More than 20 business days have elapsed since the submission of Noe Diaz Perez's FOIA request to EOIR.

3

12. Plaintiff Wilson Benavente Chan requires a copy of the record of his removal proceeding in immigration court because he seeks to apply for permanent residency in the United States, based on his United States citizen wife. He filed a request for record of proceeding, through counsel, with EOIR on January 27, 2023. On February 24, 2023, that request was converted by EOIR to a FOIA request. EOIR issued a receipt and assigned his request case number 2023-34217, but has not issued any response to the request. More than 20 business days have elapsed since the submission of Wilson Benavente Chan's FOIA request to EOIR.

## CAUSE OF ACTION
## COUNT ONE

(Freedom of Information Act)

13. Plaintiffs incorporate the allegations in the paragraphs above as though fully set forth here.

14. Defendant has unlawfully withheld records requested by Plaintiffs pursuant to 5 U.S.C. § 552.

15. An agency is required to issue a determination in response to a FOIA request within 20 business days. 5 U.S.C. § 552(a)(6)(A)(i).

16. Defendant has violated the FOIA statute because more than twenty business days have elapsed since Plaintiffs' FOIA requests without a determination.

17. Delay by an agency in responding to a FOIA request is tantamount to a

denial.  Gilmore v. U.S. Dep't of Energy, 33 F.Supp.2d 1184, 1187 (N.D.Cal.1998).

18. An agency's "failure to respond to a FOIA request within the statutory time limits violates FOIA and allows the aggrieved party to sue."  Brown v. U.S. Customs & Border Prot., 132 F. Supp. 3d 1170, 1173 (N.D. Cal. 2015).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray that this Court grant the following relief:

(1) Assume jurisdiction over this matter;

(2) Order Defendant to produce the records requested by Plaintiffs;

(3) Award reasonable costs and attorneys' fees; and

(4) Grant such further relief as the Court deems just and proper.

Dated: March 24, 2023   Respectfully submitted,

By: S/Megan Brewer
STACY TOLCHIN (SBN 217431)
*Stacy@tolchinimmigration.com*
MEGAN BREWER (SBN 268248)
*Megan@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
SASHA NOVIS (SBN 330683)
Sasha@tolchinimmigration.com
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: (213) 622-7450

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Fax: (213) 622-7233

Counsel for Plaintiffs